# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law or rule. This sheet assists the Clerk of Court in opening the case.

## I. (a) PLAINTIFFS

**Larry Sharpe**

**(b) County of Residence of First Listed Plaintiff:**

Queens County, New York

**(c) Attorneys (Firm Name, Address and Telephone Number)**

Todd Sloan, Sloan Legal | NDNY Bar Roll # 701379
2 South Street, Suite 212, Auburn, NY 13021
315.294.0303 | sloan@sloan-legal.com

## DEFENDANTS

Peter S. Kosinski, Henry T. Berger, Essma Bagnuola, and Anthony J. Casale, in their official capacities as Commissioners of the New York State Board of Elections

**County of Residence of First Listed Defendant**

(for U.S. plaintiff cases only):

Not applicable

**Attorneys for Defendants (if known)**

Not identified in the complaint

## II. BASIS OF JURISDICTION (select one)

- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity

## III. CITIZENSHIP OF PRINCIPAL PARTIES

For diversity cases only (not applicable)

Plaintiff: N/A Defendant: N/A

## IV. NATURE OF SUIT (select one)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment
- ☐ 151 Medicare Act
- ☐ 152 Student Loans
- ☐ 153 Veterans Benefits
- ☐ 160 Stockholders Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent/Lease/Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS / PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault/Libel/Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Personal Injury Product
- ☐ 367 Health Care/Pharma
- ☐ 368 Asbestos Personal Injury

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Property Damage
- ☐ 385 Property Damage Product

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☑ **441 Voting**
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 445 ADA Employment
- ☐ 446 ADA Other
- ☐ 448 Education

**FORFEITURE / PENALTY**
- ☐ 625 Drug-Related Seizure
- ☐ 690 Other

**PRISONER PETITIONS**
- ☐ 463 Alien Detainee
- ☐ 510 Motion to Vacate Sentence
- ☐ 530 General Habeas
- ☐ 535 Death Penalty
- ☐ 540 Mandamus and Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family & Medical Leave
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement

**FEDERAL TAX SUITS**
- ☐ 870 Federal Taxes
- ☐ 871 IRS Third Party

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent Hatch-Waxman
- ☐ 840 Trademark
- ☐ 880 Trade Secrets

**SOCIAL SECURITY**
- ☐ 861 HIA
- ☐ 862 Black Lung
- ☐ 863 DIWC/DIWW
- ☐ 864 SSID Title XVI
- ☐ 865 RSI

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 RICO
- ☐ 480 Consumer Credit
- ☐ 485 Telephone Consumer Protection
- ☐ 490 Cable/Satellite TV
- ☐ 850 Securities/Commodities
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information
- ☐ 896 Arbitration
- ☐ 899 APA/Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (select one)

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred Other District
- ☐ 6 MDL - Transfer
- ☐ 8 MDL - Direct File

## VI. CAUSE OF ACTION

**U.S. Civil Statute: 42 U.S.C. § 1983**

Brief description: First and Fourteenth Amendment challenge to New York independent nominating-petition ballot-access requirements; declaratory relief.

## VII. REQUESTED IN COMPLAINT

☐ Class Action (Rule 23)

Demand: Declaratory relief; attorney fees and costs

**JURY DEMAND:** ☐ Yes ☑ No

## VIII. RELATED CASE(S), IF ANY (pending)

Judge: ________________________ Docket Number: ___________________________

DATE: November 2, 2026

**SIGNATURE OF ATTORNEY OF RECORD:** ____________________________

/s/ Todd Sloan

**FOR OFFICE USE ONLY**

RECEIPT # ANYNDC-7835400 AMOUNT $405.00 APPLYING IFP _______ JUDGE AMN MAG. JUDGE DJS

Case NO.: 1:26-CV-2254